IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARRELL WILLIAMS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 09-697-KD-N |
| | ) |
| **RICHARD ALLEN,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of all pleadings in this file, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and dated February 9, 2010 is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Plaintiff's Motion for Temporary Restraining Order (Doc. 3), Motion to Amend Complaint (Doc. 4), Motion to Amend/Clarify (Doc. 6), and Amended Motion for Temporary Restraining Order (Doc. 8) are hereby **DENIED.**

**DONE** and **ORDERED** this the **22nd** day of **February 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**